**Dismissed and Memorandum Opinion filed November 10, 2011.**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-11-00772-CV
_____

**EFREM SEWELL, THOMAS MEEKS, JOSEPH GUILLORY, MILO SHEPARD, TONY THOMAS, DERRICK LEWIS and RON BROUSSARD, Appellants**

**V.**

**HARDRIDERS, INC., Appellee**

---

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-37278**

---

## M E M O R A N D U M   O P I N I O N

According to information provided to this court, this appeal is from an order signed August 29, 2011. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court that appellants did not make arrangements to pay for the record.

On September 23, 2011, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days,

appellants paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). No response was filed.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Frost, Seymore, and Jamison.